**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS INC.,

    Plaintiff,

v.

TEXTRON INC., BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS INC.,

    Defendants.

No. C 12-00118 WHA

**ORDER REGARDING EXHIBIT A OF COMPLAINT**

Plaintiff appends to its complaint a copy of the cd video game at issue (Dkt. No. 3). Unfortunately, the Court's computer does not meet the required specifications to view the graphics. Please address.

**IT IS SO ORDERED.**

Dated: January 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE