1  Tharan Gregory Lanier (State Bar No. 138784)
   tglanier@jonesday.com
2  Jane L. Froyd (State Bar No. 220776)
   jfroyd@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
5  Facsimile:    (650) 739-3900

6  Attorneys for Defendants
   TEXTRON INC., BELL HELICOPTER
7  TEXTRON INC., and TEXTRON
   INNOVATIONS INC.

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  ELECTRONIC ARTS INC.,                    Case No. 12-CV-0118 WHA

14              Plaintiff,                   **NOTICE OF WITHDRAWAL AND
                                             SUBSTITUTION OF COUNSEL AND**
15       v.                                  [~~PROPOSED~~] **ORDER ON SAME**

16  TEXTRON INC., BELL HELICOPTER            Date:        TBD
    TEXTRON INC., and TEXTRON                Time:        TBD
17  INNOVATIONS INC.,                        Judge:       Hon. William Alsup
                                             Courtroom:   8 - 19th Floor
18              Defendants.

19

20

21

22

23

24

25

26

27

28

1    Please take notice that, pursuant to Local Rule 11-5, the law firm of Jones Day and

2  attorneys Tharan Gregory Lanier and Jane L. Froyd, request permission to withdraw as counsel of

3  record in this case for defendants Textron Inc., Bell Helicopter Textron Inc., and Textron

4  Innovations Inc. ("Defendants").  Proper notice has been given to Defendants and plaintiff

5  Electronic Arts Inc., and Defendants have consented to this withdrawal.  This withdrawal will

6  cause no prejudice as Jones Day will be substituted by the law firm of Kirkland & Ellis LLP in

7  the representation of Defendants.

8

9  Dated: February 13, 2012                        Respectfully submitted,

10                                                 JONES DAY

11

12                                                 By:  /s/ Tharan Gregory Lanier
                                                        Tharan Gregory Lanier
13

14

15                                                 By:  /s/ Jane L. Froyd
                                                        Jane L. Froyd
16

17                                                 Counsel for Defendants
                                                   TEXTRON INC., BELL HELICOPTER
18                                                 TEXTRON INC., and TEXTRON
                                                   INNOVATIONS INC.

19

20  **IT IS HEREBY ORDERED THAT:**

21    The withdrawal of Jones Day and attorneys Tharan Gregory Lanier and Jane L. Froyd as

22  counsel for defendants Textron Inc., Bell Helicopter Textron Inc., and Textron Innovations Inc. is

23  approved, and Kirkland & Ellis LLP is hereby substituted as counsel for Defendants.

24

25  Dated:  February 22, 2012.

26                                                 By: 

27                                                    Honorable William Alsup
                                                      United States District Judge

28