James F. Basile (SBN 228965)
james.basile@kirkland.com
Mark E. McKane (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants
TEXTRON INC., BELL HELICOPTER
TEXTRON INC., and TEXTRON
INNOVATIONS, INC.

*Additional counsel listed on signature block*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., | CASE NO. 12-CV-0118-WHA |
| Plaintiff, | Hon. William Alsup |
| vs. | **STIPULATED [~~PROPOSED~~] ORDER EXTENDING DEADLINES** |
| TEXTRON INC., BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS INC., | Complaint Filed:    Jan. 6, 2012 |
| Defendants. | |

WHEREAS, on January 6, 2012, Electronic Arts Inc. ("EA") filed the Complaint against Textron Inc. ("Textron"), Bell Helicopter Textron Inc. ("Bell"), and Textron Innovations Inc. ("Textron Innovations") currently before this Court;

WHEREAS, on January 30, 2012, the parties in this action agreed to extend the Defendants' time to respond to EA's complaint until February 29, 2012;

WHEREAS, on February 23, 2012 this Court entered an order approving the withdrawal of Jones Day and the substitution of Kirkland & Ellis LLP as counsel for Defendants;

1  WHEREAS, on February 24, 2012, Textron Innovations and Bell filed a complaint in the
2  Northern District of Texas alleging trademark, trade dress, and certain other claims against EA
3  ("Texas Action");

4  WHEREAS, on February 29, 2012, Defendants in this action file a Motion to Dismiss or, in
5  the Alternative, Stay or Transfer this action to the Northern District of Texas ("Defendants' Forum
6  Motion"), a hearing for Defendants' Forum Motion has been noticed for April 26, 2012, and EA
7  intends to oppose Defendants' Forum Motion;

8  WHEREAS, on or before March 19, 2012, EA intends to file in the Northern District of
9  Texas a motion to transfer the Texas Action to this Court ("EA's Forum Motion");

10  WHEREAS, the Initial Case Management Conference in this matter is currently scheduled
11  for April 5, 2012; the joint case management statement is due on March 29, 2012; and the parties'
12  Rule 26 meet-and-confer and ADR obligations are due on March 13, 2012 pursuant to this Court's
13  January 6, 2012 Order;

14  WHEREAS, the parties agree that resolution of the venue and forum issues raised in
15  Defendants' Forum Motion and EA's Forum Motion prior to substantive litigation in either forum
16  will best promote efficiency and conserve judicial resources, and the parties intend to file a similar
17  timing stipulation in the Northern District of Texas;

18  WHEREAS, the parties believe that the stipulated time changes below will not affect the
19  current schedule aside from revised deadlines reflected below;

20  IT IS HEREBY STIPULATED THAT:

21  1.  The deadline for Defendants to respond to EA's Complaint by answer or Rule 12(b)
22  motion shall be 10 days from the entry of any order denying Defendants' Forum Motion;

23  2.  The deadline for the parties to satisfy their Rule 26 meet-and-confer and ADR
24  obligations referenced in this Court's January 6, 2012 Order shall be 20 days from the entry of any
25  order denying Defendants' Forum Motion;

26  3.  The Initial Case Management Conference shall be rescheduled for 45 days from the
27  entry of any order denying Defendants' Forum Motion, or at such later time as is convenient for the
28  Court;

1    4. The parties' joint case management statement shall be due at least 7 days prior to the
2    rescheduled Initial Case Management Conference.

3    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4    DATED:  March 6, 2012                    KIRKLAND & ELLIS LLP

                                              */s/ Mark E. McKane*
                                              Mark E. McKane

                                              James F. Basile (SBN 228965)
                                              james.basile@kirkland.com
                                              Mark E. McKane (SBN 230552)
                                              mark.mckane@kirkland.com
                                              KIRKLAND & ELLIS LLP
                                              555 California Street
                                              San Francisco, California  94104
                                              Telephone: (415) 439-1400
                                              Facsimile: (415) 439-1500

                                              Attorneys for Defendants
                                              TEXTRON INC., BELL HELICOPTER TEXTRON
                                              INC., and TEXTRON INNOVATIONS INC.


                                              KEKER & VAN NEST LLP

                                              */s/ R. James Slaughter*
                                              R. James Slaughter

                                              R. James Slaughter (SBN 192813)
                                              rslaughter@kvn.com
                                              R. Adam Lauridsen (SBN 243780)
                                              alauridsen@kvn.com
                                              KEKER & VAN NEST LLP
                                              633 Battery Street
                                              San Francisco, CA  94111-1809
                                              Telephone: (415) 391-5400
                                              Facsimile: (415) 397-7188

                                              Attorneys for Plaintiff
                                              ELECTRONIC ARTS INC.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED~~.

The case management is continued to May 10, 2012, at 11:00 a.m.  A joint case management statement is due at least seven days prior.  All initial deadlines are extended accordingly.

DATED:  March 7, 2012.                    _____



The Hon. William Alsup
United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge William Alsup]*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2012               KIRKLAND & ELLIS LLP

*/s/ Mark E. McKane*
Mark E. McKane

Mark E. McKane (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered for service, and I hereby certify that I caused the foregoing documents to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

DATED:  March 6, 2012                         */s/ Mark E. McKane*
                                             Mark E. McKane