IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS, INC.,

    Plaintiff,

v.

TEXTRON, INC., BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS INC.,

    Defendants.

No. C 12-00118 WHA

**NOTICE RESCHEDULING HEARING DATE**

Counsel for both parties are advised that, in addition to the motion hearing already set for April 26, 2012 at 2:00 p.m., the case management conference scheduled for May 10, 2012 at 3:00 p.m. is hereby **ADVANCED** to **APRIL 26, 2012 AT 3:00 P.M.** Please file a joint case management statement **BY NOON ON WEDNESDAY APRIL 25, 2012**.

**IT IS SO ORDERED.**

Dated: April 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE