UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  April 26, 2012                                  Total Hearing Time: 15 minutes

Case No.  C12-00118 WHA

Title: ELECTRONICS ARTS v.  TEXTRON, INC

Plaintiff Attorney(s): James Slaughter; Adam Lauridsen

Defense Attorney(s): Mark McKane; Adam Grey

Deputy Clerk:  Dawn Toland                    Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)    Motion to Dismiss - Taken Under Submission

2)    Case Management Conference - HELD

Complete Initial Disclosures (Rule 26): 5/14/12

Last Day to Seek Leave to Add/Amend: 6/29/12

Discovery Cutoff: 2/28/13

Last Day to File Motion: 4/25/13

Continued to ___ for Further Case Management Conference

Continued to  6/10/13 at 2:00 pm   for Pretrial Conference

Continued to  6/17/13 at 7:30 am   for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.