IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS, INC.,

    Plaintiff,

v.

TEXTRON, INC., BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS, INC.,

    Defendants.

No. C 12-00118 WHA

**ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE**

The Court is in receipt of defendants' letter of September 27 concerning a discovery dispute with plaintiff and hereby **SETS** a four-hour meet-and-confer in the court's jury room from **7:00 A.M. TO 11:00 A.M. ON WEDNESDAY, OCTOBER 3, 2012**. At **11:00 A.M.**, the Court shall hear any remaining outstanding issue(s) in Courtroom 8. Plaintiff's response is due by **NOON ON TUESDAY, OCTOBER 2**. Please buzz chambers to be let into the court's jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: Septemberc27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE