IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC ARTS, INC.,

    Plaintiff,

v.

TEXTRON, INC., BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS, INC.,

    Defendants.

No. C 12-00118 WHA

*AMENDED* ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE

The Court **MOVES** the four-hour meet-and-confer in the Court's jury room to *11:00 A.M.–3:00 P.M.* **ON WEDNESDAY, OCTOBER 3, 2012**. At *3:00 P.M.*, the Court shall hear any remaining outstanding issue(s) in Courtroom 8. Plaintiff's response is due by **NOON ON TUESDAY, OCTOBER 2**. Please buzz chambers to be let into the court's jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE