UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: William Alsup**

**Date**: October 3, 2012

**Case No:** C 12-00118 WHA

**Case Title**: ELECTRONIC ARTS, INC. v. TEXTRON, INC. ET AL

**Appearances:**

    For Plaintiff(s): Robert Slaughter

    For Defendant(s): Mark McKane

**Deputy Clerk**: Tana M. Ingle       **Court Reporter**: Connie Kuhl
**Time in Court:** 2 minutes

## *PROCEEDINGS*

1. Discovery Hearing - held

## *SUMMARY*

This matter is held in abeyance. Parties shall write a letter updating the Court as to the progress of the remaining disputes no later than Friday, October 12, 2012.