**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS, INC., | No. C 12-00118 WHA |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTE** |
| TEXTRON, INC., et al., | |
| Defendants. | |

The parties have failed to submit a status update on their discovery dispute (Dkt. No. 87). The parties must do so by **NOON TOMORROW**.

**IT IS SO ORDERED.**

Dated:   October 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE