KEKER & VAN NEST LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
R. ADAM LAURIDSEN - # 243780
alauridsen@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415-391-5400
Facsimile:   415-397-7188

Attorneys for Plaintiff and Counterclaim-Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEXTRON INC., BELL HELICOPTER TEXTRON INC. and TEXTRON INNOVATIONS INC., <br><br> Defendants. <br><br><br> TEXTRON INNOVATIONS INC. and BELL HELICOPTER TEXTRON INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS INC. <br><br> Counterclaim-Defendant. | Case No.  CV 12-0118-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT TEXTRON INC. PURSUANT TO RULE 41(A)** <br><br> Ctrm:     8, 19th Floor <br> Judge:    Hon. William H. Alsup <br><br> Date Filed: January 6, 2012 |

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT TEXTRON INC.
PURSUANT TO RULE 41(A)
Case No. CV 12-0118-WHA

698585.01

WHEREAS, on December 21, 2011, Texas counsel identifying themselves as representing Textron Inc., Textron Innovations Inc. and Bell Helicopter Textron Inc. sent a letter to Plaintiff and Counterclaim-Defendant Electronic Arts Inc. ("EA") demanding that EA cease use of their clients' purported intellectual property and compensate them for past use;

WHEREAS, on January 6, 2012, EA filed a complaint for declaratory relief against Textron Inc., Textron Innovations Inc., and Bell Helicopter Textron Inc. (collectively, "Textron");

WHEREAS, on May 7, 2012, Textron Innovations Inc. and Bell Helicopter Textron Inc. filed counterclaims against EA;

WHEREAS, on September 27, 2012, California counsel for Textron sent counsel for EA a letter confirming that Textron Inc. has no legal interest in this matter that would not be fully resolved by a judgment involving Textron Innovations Inc. and Bell Helicopter Textron Inc.;

IT IS HEREBY STIPULATED THAT:

1. Defendant Textron Inc. is dismissed without prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 25, 2012                             KEKER & VAN NEST LLP

                                                    By: /s/ R. James Slaughter
                                                    R. James Slaughter (SBN 192813)
                                                    rslaughter@kvn.com
                                                    R. Adam Lauridsen (SBN 243780)
                                                    alauridsen@kvn.com
                                                    KEKER & VAN NEST LLP
                                                    633 Battery Street
                                                    San Francisco, CA 94111-1809
                                                    Telephone: (415) 391-5400
                                                    Facsimile: (415) 397-7188

                                                    Attorneys for Plaintiff and Counterclaim-
                                                    Defendant ELECTRONIC ARTS INC.,

Dated: October 25, 2012 By: KIRKLAND & ELLIS LLP

*/s/ Mark E. McKane*
James F. Basile (SBN 228965)
james.basile@kirkland.com
Mark E. McKane (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants and Counterclaim Plaintiffs TEXTRON INC., BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS INC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 25, 2012.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, R. James Slaughter, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2012                                KEKER & VAN NEST LLP

By: */s/ R. James Slaughter*
R. James Slaughter (SBN 192813)
rslaughter@kvn.com
R. Adam Lauridsen (SBN 243780)
alauridsen@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim-Defendant ELECTRONIC ARTS INC.,

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                       */s/ R. James Slaughter*
                                       R. JAMES SLAUGHTER