KEKER & VAN NEST LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
R. ADAM LAURIDSEN - # 243780
alauridsen@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Attorneys for Plaintiff and Counterclaim-Defendant
ELECTRONIC ARTS INC.

*(additional counsel listed on last page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEXTRON INC., BELL HELICOPTER TEXTRON INC. and TEXTRON INNOVATIONS INC.,<br><br>Defendants.<br><br>TEXTRON INNOVATIONS INC. and BELL HELICOPTER TEXTRON INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.<br><br>Counterclaim-Defendant. | Case No.  CV 12-0118-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RETURN OF LAPTOP COMPUTER AND POWER ADAPTOR**<br><br>Ctrm:     8, 19th Floor<br>Judge:    Hon. William H. Alsup<br><br>Date Filed: January 6, 2012 |

WHEREAS, on January 31, 2012, Plaintiff Electronic Arts Inc. ("EA") lodged with the Court one Dell XPS laptop computer and one AC power adaptor in connection with the above-captioned case;

WHEREAS, on January 31, 2012, EA filed a notice of its lodging of the laptop and power adaptor (*see* Docket No. 20), and the Court acknowledged receipt thereof in the docket for this case (*see* docket entry immediately following Docket No. 20);

WHEREAS, on May 20, 2013, a stipulation of dismissal without prejudice was filed and the case was subsequently closed;

WHEREAS, EA now wishes to retrieve the laptop and power adaptor it lodged with the court for purposes of this case; and

WHEREAS, Defendants and Counterclaim Plaintiffs Textron Inc., Bell Helicopter Textron Inc. and Textron Innovations Inc. have no objection;

IT IS HEREBY STIPULATED THAT:

1. EA shall be allowed to retrieve from the clerk's office one Dell XPS laptop computer and one AC power adaptor, which EA lodged with the Court on January 31, 2012.

//
//

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 23, 2013                             KEKER & VAN NEST LLP

                                                    By:    /s/ Matan Shacham
                                                           R. James Slaughter (SBN 192813)
                                                           rslaughter@kvn.com
                                                           R. Adam Lauridsen (SBN 243780)
                                                           alauridsen@kvn.com
                                                           Matan Shacham (SBN 262348)
                                                           mshacham@kvn.com
                                                           KEKER & VAN NEST LLP
                                                           633 Battery Street
                                                           San Francisco, CA 94111-1809
                                                           Telephone: (415) 391-5400
                                                           Facsimile: (415) 397-7188

                                                           Attorneys for Plaintiff and Counterclaim-
                                                           Defendant ELECTRONIC ARTS INC.

Dated: August 23, 2013                             By:    KIRKLAND & ELLIS LLP


                                                           /s/ Mark E. McKane
                                                           James F. Basile (SBN 228965)
                                                           james.basile@kirkland.com
                                                           Mark E. McKane (SBN 230552)
                                                           mark.mckane@kirkland.com
                                                           KIRKLAND & ELLIS LLP
                                                           555 California Street
                                                           San Francisco, California 94104
                                                           Telephone: (415) 439-1400
                                                           Facsimile: (415) 439-1500


                                                           Attorneys for Defendants and Counterclaim
                                                           Plaintiffs TEXTRON INC., BELL
                                                           HELICOPTER TEXTRON INC., and
                                                           TEXTRON INNOVATIONS INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 3, 2013.                         _____
                                                    THE HONORABLE WILLIAM ALSUP
                                                    United States District Judge